Henry Patrick Nelson  CSB #32249
Amber A. Logan, CSB #166395
Rina M. Mathevosian, CSB #251423
***Nelson & Fulton***
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA. 90010-2014
Tel. (213)365-2703 / Fax (213)365-9130
**nelson-fulton@covad.net**

Attorneys for Defendant,
Lieutenant Jeff Scroggin

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeromy Willett and Jill Heimann, <br><br> Plaintiffs, <br><br> v. <br><br> County of Los Angeles, County of Los Angeles Sheriff, Lieutenant Jeff Scroggin and DOES 1 to 10, <br><br> Defendants. | CASE NO. CV 09-04599 JST (RCx) <br><br> **FINAL JUDGMENT UPON JURY VERDICT** <br><br> Trial: February 1, 2011 <br> Time : 9:00 a.m. <br> Place: Courtroom 10A <br> Judge: Hon. Josephine Staton Tucker |

Pursuant to the unanimous decision of the Jury documented upon the form of Special Verdict dated and signed February 3, 2011, by the Presiding Juror:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

   1.   Judgment upon all claims shall be entered in favor of Defendant Lieutenant Jeff Scroggin and against the Plaintiff Jeromy Willett.

1      2.    Judgment upon all claims shall be entered in favor of Defendant Lieutenant Jeff Scroggin and against the Plaintiff Jill Heimann.

    3.    The defendant shall have and recover costs pursuant to the approved Bill of Costs together with post-judgment interest accrued thereon at the legal rate.

    4.    There being no remaining defendants, this action is hereby dismissed, with prejudice.

DATED: February 9, 2011    _____
                              HON. JOSEPHINE STATON TUCKER
                              United States District Judge